```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 08-23100-CIV-LENARD
                                    MAGISTRATE JUDGE P.A. WHITE
```

ARNOLD CLAYTON,                   :

    Plaintiff,                :     <u>REPORT OF</u>
                                                              <u>MAGISTRATE JUDGE</u>
v.                                :

GEORGE SOLOMON, ET AL.,           :

    Defendants.               :
_____

      The plaintiff Arnold Clayton, currently housed at the FCI-Miami, filed a <u>pro se</u> civil complaint pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§2674, <u>et seq</u>. [DE# 1]. The plaintiff is proceeding <u>in forma pauperis</u>. [DE# 11].

      On January 5, 2009, the Undersigned issued an Order directing the plaintiff to file an amended complaint which either (1) includes documentation that he has filed an FTCA claim with the BOP and such claim has been resolved; or (2) raises specific claims of constitutional violations against each individually named defendant. [DE# 12]. The plaintiff did not respond. On March 4, 2009, the Honorable Joan A. Lenard issued an Order directing the plaintiff to show cause why this case should not be dismissed for failure to obey the Court's Order. [DE# 13].

      Following an extension of time, the plaintiff has not addressed the order to show cause; rather, he has filed an amended complaint which is not responsive to the prior order to amend. [DE# 17]. The amended complaint is styled as a "Federal Tort Claim," apparently pursuant to the FTCA. The plaintiff, however, has again failed to include any documentation showing that he has exhausted

his remedies.  The plaintiff cannot proceed with an FTCA claim because he has not demonstrated that he has exhausted his administrative remedies.  While the plaintiff states that he has filed internal BOP grievances (BOP 8 1/2 to 11) he does not state that he filed an FTCA claim with the BOP Regional Office.  The exhaustion of administrative remedies is a prerequisite before the initiation of an FTCA suit. See Busch v. U.S., 703 F.2d 491, 493 (11 Cir. 1983); Rodriquez-Mora v. Baker, 792 F.2d 1524, 1528 (11 Cir. 1986).  Tort claims are not subject to the four-part administrative review procedure that the United States Bureau of Prisons has established for all inmates confined in BOP institutions to seek redress concerning any aspect of their imprisonment. See 28 C.F.R. §§ 542.10, 542.12, 543.30. The BOP has designated a special form for use in prisoner administrative tort claims.

In addition, to the extent the amended complaint is an attempt to raise a Bivens action, it fails to meet even the most liberal pleading standards in that it fails to raise specific constitutional claims against individual defendants.

As the plaintiff has failed to respond to the order to show cause and has failed to submit a complaint which complies with the Federal Rules, it is recommended that the amended complaint [DE# 17] be dismissed without prejudice, and the case be closed.

It is so recommended at Miami, Florida, this 24th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

```
cc:   Arnold Clayton, Pro Se
      Reg. No.  28226-0186
      Federal Correctional Institution-Miami
      P. O. Box 779800
      Miami, FL 33177
```